**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRANCISCO AMADEO VALDEZ TALAVERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2031-KC** |
| | § | |
| **FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Petitioner Francisco Amadeo Valdez Talavera's Notice of Voluntary Dismissal, ECF No. 5. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Petitioner's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 19th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE